UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ROBERT COLLIER, On Behalf of Himself and
All Others Similarly Situated,

                      Plaintiff,

vs.

BRIGHTPOINT, INC., JERRE L. STEAD,
ELIZA HERMANN, ROBERT J. LAIKIN,
JOHN F. LEVY, CYNTHIA L. LUCCHESE,
RICHARD W. ROEDEL, MICHAEL L.
SMITH, and KARI-PEKKA WILSKA,

                      Defendants.

Civil Action No.: 1:12-cv-1016 (TWP)(DKL)

## JOINT MOTION FOR THE ENTRY OF [PROPOSED] SCHEDULING ORDER AND ORDER PRELIMINARILY APPROVING PROPOSED SETTLEMENT

The parties to the above captioned action (the "Action"), including any action consolidated therein, make this joint motion to notify the Court of the execution of the enclosed Stipulation and Agreement of Compromise, Settlement and Release (the "Stipulation" or "Settlement"). A copy of the executed Stipulation is attached hereto as Exhibit 1. The Stipulation sets forth the terms agreed to by the parties for the proposed resolution of the Action.

Pursuant to the Stipulation, the parties respectfully request that the Court enter the accompanying proposed Scheduling Order and Order Preliminarily Approving Proposed Settlement (the "Scheduling and Preliminary Approval Order"), which is attached as Exhibit B to the Stipulation.

### BACKGROUND OF THE ACTION AND THE PROPOSED SETTLEMENT

This Action arises out of the proposed merger acquisition by Ingram Micro, Inc. ("Ingram Micro") of BrightPoint, Inc. ("BrightPoint") at an acquisition price of $9.00 per share of BrightPoint stock, which was announced on June 29, 2012, the date on which BrightPoint,

Ingram Micro, and Beacon Sub, Inc. ("Beacon Sub"), a wholly owned subsidiary of Ingram Micro, executed the Agreement and Plan of Merger (the "Merger Agreement"). The Merger Agreement provides for the merger of Beacon Sub with and into BrightPoint (the "Merger"), with BrightPoint surviving the Merger as a wholly owned subsidiary of Ingram Micro. Beacon Sub is a wholly owned subsidiary of Ingram Micro and was formed solely for the purpose of facilitating Ingram Micro's acquisition of BrightPoint.

On July 2, 2012, Ingram Micro and BrightPoint jointly issued a press release announcing that they had entered into the definitive Merger Agreement. Approximately two weeks later, on July 19, 2012, BrightPoint filed with the U.S. Securities and Exchange Commission ("SEC") a preliminary proxy statement on Schedule 14A (the "Preliminary Proxy Statement") disclosing the BrightPoint board of directors' unanimous recommendation that BrightPoint shareholders vote for the approval of the Merger Agreement.

On July 24, 2012, Mr. Robert Collier filed an action (the "*Collier* Action") against BrightPoint, Jerre L. Stead, Eliza Hermann, Robert J. Laikin, John F. Levy, Cynthia L. Lucchese, Richard W. Roedel, Michael L. Smith, Kari-Pekka Wilska, Ingram Micro and Beacon Sub (the "*Collier* Defendants"). On August 2, 2012, Mr. Armand Rijken and Mr. Mark Rifken filed an action (the "*Rijken* Action") against BrightPoint, Robert J. Laikin, Thomas J. Ridge, Jerre L. Stead, Kari-Pekka Wilska, Eliza Hermann, Cynthia L. Lucchese, John F. Levy, Richard W. Roedel and Michael L. Smith (the "*Rijken* Defendants" and, together with the *Collier* Defendants, "Defendants"). On September 17, 2012, the Court entered an Order granting the plaintiffs' Motion to Consolidate the *Collier* and *Rijken* lawsuits into the *Collier* Action.

On August 20, 2012, BrightPoint filed a definitive proxy statement on Schedule 14A with the SEC in connection with the Proposed Merger (the "Definitive Proxy Statement"). In the

Definitive Proxy Statement, Defendants made certain disclosures that the Action had identified and alleged as having been omitted from the Preliminary Proxy Statement. Defendants deny that they made any material omissions in the Preliminary Proxy Statement or in the Definitive Proxy Statement.

On August 22, 2012, plaintiff in the *Collier* Action filed an Amended Class Action Complaint for the alleged violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934. The Action, as consolidated and amended, alleges, among other things, that the Defendants failed to disclose material information to shareholders in the Preliminary and Definitive Proxy Statements, and Defendants breached their, and/or aided and abetted the breach of, fiduciary duties.

As set forth in greater detail in the Stipulation, counsel for plaintiffs and counsel for Defendants commenced discussions, negotiations, and review of documents both prior to and after BrightPoint's filing of the Definitive Proxy Statement with the SEC. As part of these arm's length negotiations, counsel reached an agreement in principle on behalf of the parties, set forth in a Memorandum of Understanding, dated September 4, 2012, providing for the settlement of the Action between and among plaintiffs, on behalf of themselves and the Class of persons who owned BrightPoint common stock at any time during the period beginning on March 16, 2012 through the date of the consummation of the Merger, and Defendants, on the terms and subject to the conditions set forth in more detail in the attached Stipulation. Among other things, BrightPoint agreed to make certain additional disclosures, reviewed and approved by counsel for plaintiffs, regarding the Merger (the "Supplemental Disclosures"), through a current report on Form 8-K that it filed with the SEC on September 6, 2012

On September 19, 2012, the duly noticed special meeting of the shareholders of BrightPoint was held and 50,447,066 shares were represented in person or by proxy. The shareholders of BrightPoint resoundingly approved the Merger Agreement.

The parties completed confirmatory discovery on October 5, 2012.

As noted above, the Supplemental Disclosures filed by BrightPoint with the SEC reflect the input of counsel for plaintiffs, who reviewed and exchanged drafts of the Supplemental Disclosures with counsel for BrightPoint.

## ANTICIPATED SCHEDULE

As provided for in the Stipulation and proposed Scheduling and Preliminary Approval Order, the Defendants will provide notice to all reasonably identifiable members of the Class alleged in the Action following the completion of confirmatory discovery and the consummation of the Merger. Such notice will be provided by BrightPoint at least 45 days before a hearing on the proposed Settlement. A proposed notice is attached as Exhibit C to the Stipulation. Further, as provided for in the Stipulation and proposed Scheduling and Preliminary Approval Order, the Defendants will provide notice to the United States Attorney General and all State Attorneys General pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711 *et seq.* (the "CAFA Notice"), within ten (10) days of the filing of the proposed Scheduling and Preliminary Approval Order with the Court, at which time the proposed Settlement shall be deemed filed in court. A proposed CAFA Notice is attached as Exhibit D to the Stipulation.

Accordingly, the parties respectfully request that the Court enter the proposed Scheduling and Preliminary Approval Order, attached as Exhibit B to the Stipulation, and the parties will

jointly notify the Court when the Merger has closed, so that a final hearing on the proposed Settlement and class certification may be scheduled 90 days from the entry of the Scheduling and Preliminary Approval Order. We will notify the Court promptly if there are any changes to the timing of the Merger that would affect this schedule.

**RESPECTFULLY SUBMITTED,**

DATED: October 18, 2012

**ROBBINS GELLER RUDMAN
& DOWD LLP**
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN

/s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Attorneys for Plaintiffs Armand Rijken and Mark Rifken*

DATED: October ___, 2012

**FARUQI & FARUQI, LP**
JUAN E. MONTEVERDE
SHANE ROWLEY
EMILY KOMLOSSY

_____
JUAN E. MONTEVERDE

jointly notify the Court when the Merger has closed, so that a final hearing on the proposed Settlement and class certification may be scheduled 90 days from the entry of the Scheduling and Preliminary Approval Order. We will notify the Court promptly if there are any changes to the timing of the Merger that would affect this schedule.

         **RESPECTFULLY SUBMITTED,**

DATED: October ___, 2012

**ROBBINS GELLER RUDMAN
   & DOWD LLP**
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN

_____
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: 619/231-1058
619/231-7423 (fax)

*Attorneys for Plaintiffs Armand Rijken and Mark Rifken*

DATED: October ___, 2012

**FARUQI & FARUQI, LP**
JUAN E. MONTEVERDE
SHANE ROWLEY
EMILY KOMLOSSY

_____
JUAN E. MONTEVERDE

369 Lexington Avenue
Tenth Floor
New York, New York 10017
212/983-9331 (fax)

*Attorneys for Plaintiff Robert Collier*

DATED: October 15, 2012

**BLANK ROME LLP**
JAMES V. MASELLA, III

_____
JAMES V. MASELLA, III

The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208
917/332-3011 (fax)

*Attorney for Defendants BrightPoint, Inc., Jerre L. Stead, Eliza Hermann, Robert J. Laikin, John F. Levy, Cynthia L. Lucchese, Richard W. Roedel, Michael L. Smith, Kari-Pekka Wilska, and Thomas J. Ridge*

DATED: October 5, 2012

**BOSE MCKINNEY & EVANS**
PAUL D. VINK

_____
PAUL D. VINK

111 Monument Circle
Suite 2700
Indianapolis, Indiana 46204

Telephone: 317/684-5000
317/684-5173 (fax)

*Attorney for Defendants Ingram Micro Inc. and Beacon Sub, Inc.*